UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA G. ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV-10-5110-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 21.) Attorney Thomas Bothwell represents Plaintiff Patricia Anderson; Special Assistant United States Attorney Mathew Pile represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' Stipulated Motion to Remand **(ECF No. 21)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall hold a de novo hearing. The ALJ shall also: (1) reconsider Plaintiff's mental impairment(s) at step two; (2) re-evaluate the medical source opinion of Stephen Rubin, Ph.D., and if rejecting any part of Dr. Rubin's opinion, provide specific and legitimate reasons for doing

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

so; (3) re-evaluate Plaintiff's subjective complaints; (4) reassess Plaintiff's residual functional capacity; and (5) if warranted by the expanded record, obtain supplemental vocational expert testimony to assist in determining whether jobs exist in significant numbers in the national economy that Plaintiff has the functional capacity to perform.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 15**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED February 2, 2012.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2